IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-rj-00002

Culp Construction Company

      Plaintiffs,
v.

Jared Mark Sposito
and Does 1 through 20, inclusive
doing business as
19th Greens

      Defendants.

---

CERTIFICATE OF JUDGMENT FOR LIEN UPON LAND AND TENEMENTS
(TRANSCRIPT OF JUDGMENT)

---

I, Jeffrey P. Colwell, Clerk of the United States District Court for the District of Colorado, do hereby certify that on 19 February 2020, a judgment was registered in case 20-rj-00002 in favor of plaintiffs Culp Construction and against defendant Jared Mark Sposito dba 19 Greens in the amount of $85,557.06.

The amount consists of the following:

a. $83,076.16 in damages as established by Culp.

b. $2,480.90 in prejugment interest on the damages at an interest rate of 10% per annum (simple interest) as calculated from the date of the filing of the Complaing (19 April 2019).

It is furthered ordered that Culp shall be entitled to recover its costs in accordance with Fed. R. Civ. P. 54(d)(1).



JEFFREY P. COLWELL, CLERK

    By: s/ C. Madrid
    *Deputy Clerk*

Date: 10 June 2020